1  McGREGOR W. SCOTT
   United States Attorney
2  TODD D. LERAS
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2918

5

6

7

8           IN THE UNITED STATES DISTRICT COURT FOR THE

9                  EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,      )
                                  )  Case No. 2:08-cr-00509-MCE
12           Plaintiff,           )
                                  )  STIPULATION AND ORDER CONTINUING
13      v.                        )  STATUS CONFERENCE AND EXCLUDING
                                  )  TIME
14 DANIEL RAMIREZ-JIMENEZ, and    )
   OLIVERO CALIXTO-NAVARRO,       )
15                                )
             Defendants.          )
16 _____)

17

18      IT IS HEREBY STIPULATED by and between Plaintiff United

19 States of America, by and through United States Attorney McGregor

20 W. Scott and Assistant U.S. Attorney Todd Leras, Attorney Gilbert

21 Roque, Counsel for Defendant Daniel Ramirez-Jimenez, and Attorney

22 Carl Larson, Counsel for Defendant Olivero Calixto-Navarro, that

23 the status conference, scheduled for December 4, 2008, be vacated

24 and the matter be continued to January 8, 2009, at 9:00 a.m.

25      The continuance is requested by all parties to allow the

26 defense to review discovery and engage in negotiations with the

27 government.

28 / / /

                                 1

    IT IS FURTHER STIPULATED that the time for trial be tolled under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(B)(iv), Local Code T4 (reasonable time to prepare).

    The Court is advised that all counsel have conferred upon this request, that they have agreed to January 8, 2009, and that all counsel authorized Assistant United States Attorney Todd Leras to sign this stipulation on their behalf.

Dated: December 3, 2008

                                            /s/ Gilbert Roque
                                            Attorney for Defendant
                                            Daniel Ramirez-Jimenez

Dated: December 3, 2008

                                            /s/ Carl Larson
                                            Attorney for Defendant
                                            Olivero Calixto-Navarro

Dated: December 3, 2008

                                            /s/ Todd D. Leras
                                            TODD D. LERAS
                                            Assistant U.S. Attorney

**ORDER**

**IT IS HEREBY ORDERED:**

1. The status conference set for December 4, 2008 is vacated.

2. A further status conference is set for January 8, 2009, at 9:00 a.m.

3. Based on the representations of the parties, the Court finds that the ends of justice outweigh the best interest of the public and Defendant in a speedy trial. Accordingly, time under the Speedy Trial Act shall be excluded through January 8, 2009.

IT IS SO ORDERED

Dated: December 4, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE