1  LAWRENCE G. BROWN
   Acting United States Attorney
2  TODD D. LERAS
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2918

5

6

7

8            IN THE UNITED STATES DISTRICT COURT FOR THE

9                   EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,      )
                                  ) No. 2:08-cr-00509-MCE
12           Plaintiff,           )
                                  )  STIPULATION AND
13                                )  ORDER CONTINUING STATUS
        v.                        )  CONFERENCE
14                                )
   DANIEL RAMIREZ-JIMENEZ, and    )
15 OLIVERO CALIXTO-NAVARRO,       )
                                  )
16           Defendants.          )
                                  )
17

18      IT IS HEREBY STIPULATED by and between Plaintiff United

19 States of America, by and through Acting United States Attorney

20 Lawrence G. Brown and Assistant U.S. Attorney Todd D. Leras,

21 Attorney Gilbert Roque, Counsel for Defendant Daniel Ramirez-

22 Jimenez, and Attorney Carl Larson, Counsel for Defendant Olivero

23 Calixto-Navarro, that the status conference scheduled for January

24 8, 2009, be continued to February 5, 2009, at 9:00 a.m.

25      The request to continue the status conference is made on the

26 ground that the parties are discussing potential settlement of

27 the case and need additional time to complete their negotiations.

28 The government and both defendants agree that an exclusion of

                                 1

time is appropriate under 18 U.S.C. § 3161(h)(8)(B)(iv); Local Code T4 (reasonable time to prepare).

    Gilbert Roque and Carl Larson agree to this request and have authorized Assistant United States Attorney Todd D. Leras to sign this stipulation on their behalf.

DATED: January 7, 2009      By: /s/ Todd D. Leras
                                               TODD D. LERAS
                                               Assistant U.S. Attorney

DATED: January 7, 2009      By: /s/ Todd D. Leras for
                                               GILBERT ROQUE
                                               Attorney for Defendant
                                               DANIEL RAMIREZ-JIMENEZ

DATED: January 7, 2009      By: /s/ Todd D. Leras for
                                               CARL LARSON
                                               Attorney for Defendant
                                               OLIVERO CALIXTO-NAVARRO

**IT IS HEREBY ORDERED:**

1. The status conference set for January 8, 2009 is continued to February 5, 2009, at 9:00 a.m.

2. Based on the stipulations and representations of the parties, the Court finds that the ends of justice outweigh the best interest of the public and Defendants in a speedy trial. Accordingly, time under the Speedy Trial Act shall be excluded under 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 (reasonable time to prepare) up to and including February 5, 2009.

IT IS SO ORDERED.

Dated: January 7, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE