| | |
|---|---|
| 1 | GILBERT A. ROQUE |
|   | Attorney at Law |
| 2 | California State Bar Number 074966 |
|   | 913 Court Street |
| 3 | Woodland, California 95695 |
|   | (530) 666-1935 |
| 4 | |
|   | Attorney for DANIEL RAMIREZ-JIMENEZ |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) NO. 2:08-CR-00509-MCE |
|---|---|
| Plaintiff, | ) STIPULATION AND |
|  | ) ORDER TO CONTINUE |
| vs. | ) STATUS CONFERENCE |
| DANIEL RAMIREZ-JIMENEZ and | ) |
| OLIVERO CALIXTO-NAVARRO, | ) |
| Defendants. | ) |

Defendants, through counsel, and the United States of America, through Assistant United States Attorney Todd D. Leras, agree that the Status Conference set for March 5, 2009, at 9:00 a.m., be continued to April 9, 2009, at 9:00 a.m., before the Honorable Morrison C. England, Jr.

In addition, it is agreed that the Court should find excludable time through April 9, 2009, pursuant to Local Rule T-4, to allow defense counsel reasonable time to prepare.

Respectfully submitted,

DATED: March 2, 2009 /s/ Gilbert A. Roque
GILBERT A. ROQUE, Attorney for
DANIEL RAMIREZ-JIMENEZ, Defendant

DATED: March 2, 2009 /s/ Carl E. Larson
CARL E. LARSON, Attorney for
OLIVERO CALIXTO-NAVARRO, Defendant

///

///

///

| | | |
|---|---|---|
| 1 | DATED: March 2, 2009 | /s/ Todd D. Leras |
| 2 | | TODD D. LERAS<br>Assistant United States Attorney |

**IT IS SO ORDERED.**

Dated: March 3, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE