GILBERT A. ROQUE
Attorney at Law
California State Bar Number 074966
913 Court Street
Woodland, California 95695
(530) 666-1935

Attorney for DANIEL RAMIREZ-JIMENEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DANIEL RAMIREZ-JIMENEZ and<br>OLIVERO CALIXTO-NAVARRO,<br><br>Defendants. | NO. 2:08-CR-00509-MCE<br><br>AMENDED STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |

Defendants, through counsel, and the United States of America, through Assistant United States Attorney Todd D. Leras, agree that the Status Conference set for April 9, 2009, at 9:00 a.m., be continued to May 7, 2009, at 9:00 a.m., before the Honorable Morrison C. England, Jr.

In addition, it is agreed that the Court should find excludable time through May 7, 2009, pursuant to Local Rule T-4, to allow defense counsel reasonable time to prepare.

Respectfully submitted,

DATED: April 7, 2009  /s/ Gilbert A. Roque
GILBERT A. ROQUE, Attorney for
DANIEL RAMIREZ-JIMENEZ, Defendant

DATED: April 7, 2009  /s/ Carl E. Larson
CARL E. LARSON, Attorney for

///

///

///

///

| | | |
|---|---|---|
| 1 | | OLIVERO CALIXTO-NAVARRO, Defendant |
| 2 | DATED: April 7, 2009 | /s/ Todd D. Leras |
| 3 | | TODD D. LERAS<br>Assistant United States Attorney |
| 4 | **IT IS SO ORDERED.** | |
| 5 | Dated: April 13, 2009 | |

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE