GILBERT A. ROQUE
Attorney at Law
California State Bar Number 074966
913 Court Street
Woodland, California 95695
(530) 666-1935

Attorney for DANIEL RAMIREZ-JIMENEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>DANIEL RAMIREZ-JIMENEZ and<br>OLIVERO CALIXTO-NAVARRO,<br><br>    Defendants. | CR. NO. 2:08-CR-509-MCE<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |

    Defendant Daniel Ramírez-Jiménez, through his appointed counsel, Gilbert A. Roque, Defendant Olivero Calixto-Navarro, through his appointed counsel, Carl E. Larson, and the United States of America, through Assistant United States Attorney Todd D. Leras, agree that the Status Conference set for May 7, 2009, at 9:00 a.m., be continued to June 4, 2009, at 9:00 a.m., before the Honorable Morrison C. England, Jr.

    In addition, it is agreed that the Court should find excludable time through June 4, 2009, pursuant to Local Rule T-4, to allow defense counsel reasonable time to prepare.

                                   Respectfully submitted,

DATED: May 4, 2009                /s/ Gilbert A. Roque
                                          GILBERT A. ROQUE, Attorney for
                                          DANIEL RAMIREZ-JIMENEZ, Defendant

DATED: May 4, 2009                /s/ Carl E. Larson
                                          CARL E. LARSON, Attorney for
                                          OLIVERO CALIXTO-NAVARRO, Defendant

| | |
|---|---|
| DATED: May 4, 2009 | /s/ Todd D. Leras |
| | TODD D. LERAS |
| | Assistant United States Attorney |

**IT IS SO ORDERED.**

Dated: May 5, 2009

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE