GILBERT A. ROQUE
Attorney at Law
California State Bar Number 074966
913 Court Street
Woodland, California 95695
(530) 666-1935

Attorney for DANIEL RAMIREZ-JIMENEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>DANIEL RAMIREZ-JIMENEZ and<br>OLIVERO CALIXTO-NAVARRO,<br><br>            Defendants.<br>_____ | CR. NO. 2:08-CR-509-MCE<br><br>STIPULATION AND<br>PROPOSED ORDER<br>TO CONTINUE<br>STATUS CONFERENCE |

    Defendant Daniel Ramírez-Jiménez, through his appointed counsel, Gilbert A. Roque, Defendant Olivero Calixto-Navarro, through his appointed counsel, Carl E. Larson, and the United States of America, through Assistant United States Attorney Todd D. Leras, agree that the Status Conference set for June 4, 2009, at 9:00 a.m., be continued to June 25, 2009, at 9:00 a.m., before the Honorable Morrison C. England, Jr.

    In addition, it is agreed that the Court should find excludable time through June 25, 2009, pursuant to Local Rule T-4, to allow defense counsel reasonable time to prepare.

                              Respectfully submitted,

DATED: June 2, 2009                /s/ Gilbert A. Roque
                                         GILBERT A. ROQUE, Attorney for
                                         DANIEL RAMIREZ-JIMENEZ, Defendant

DATED: June 2, 2009                /s/ Carl E. Larson
                                         CARL E. LARSON, Attorney for
                                         OLIVERO CALIXTO-NAVARRO, Defendant

DATED: June 2, 2009

/s/ Todd D. Leras
TODD D. LERAS
Assistant United States Attorney

**IT IS SO ORDERED.**

Dated: June 3, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE