GILBERT A. ROQUE
Attorney at Law
California State Bar Number 074966
913 Court Street
Woodland, California 95695
(530) 666-1935

Attorney for DANIEL RAMIREZ-JIMENEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>  Plaintiff,  )<br>  )<br> vs.  )<br>  )<br> DANIEL RAMIREZ-JIMENEZ and  )<br> OLIVERO CALIXTO-NAVARRO,  )<br>  )<br>  Defendants.  )<br> _____ ) | CR. NO. 2:08-CR-509-MCE<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |

    Defendant Daniel Ramírez-Jiménez, through his appointed counsel, Gilbert A. Roque, Defendant Olivero Calixto-Navarro, through his appointed counsel, Carl E. Larson, and the United States of America, through Assistant United States Attorney Todd D. Leras, agree that the Status Conference set for June 25, 2009, at 9:00 a.m., be continued to July 30, 2009, at 9:00 a.m., before the Honorable Morrison C. England, Jr.

    In addition, it is agreed that the Court should find excludable time through July 30, 2009, pursuant to Local Rule T-4, to allow defense counsel reasonable time to prepare.

                                          Respectfully submitted,

DATED: June 22, 2009                 /s/ Gilbert A. Roque
                                          GILBERT A. ROQUE, Attorney for
                                          DANIEL RAMIREZ-JIMENEZ, Defendant

DATED: June 22, 2009                 /s/ Carl E. Larson
                                          CARL E. LARSON, Attorney for
                                          OLIVERO CALIXTO-NAVARRO, Defendant

DATED: June 22, 2009

/s/ Todd D. Leras
TODD D. LERAS
Assistant United States Attorney

**IT IS SO ORDERED.**

Dated: June 23, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE