GILBERT A. ROQUE
Attorney at Law
California State Bar Number 074966
913 Court Street
Woodland, California 95695
(530) 666-1935

Attorney for DANIEL RAMIREZ-JIMENEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. 2:08-CR-509-MCE |
| Plaintiff, ) | STIPULATION AND ORDER |
| vs. ) | TO CONTINUE STATUS CONFERENCE |
| DANIEL RAMIREZ-JIMENEZ and OLIVERO CALIXTO-NAVARRO, ) | |
| Defendants. ) | |

    Defendant Daniel Ramírez-Jiménez, through his appointed counsel, Gilbert A. Roque, Defendant Olivero Calixto-Navarro, through his appointed counsel, Carl E. Larson, and the United States of America, through Assistant United States Attorney Todd D. Leras, agree that the Status Conference set for July 30, 2009, at 9:00 a.m., be continued to August 13, 2009, at 9:00 a.m., before the Honorable Morrison C. England, Jr.

    In addition, it is agreed that the Court should find excludable time through August 13, 2009, pursuant to Local Rule T-4, to allow defense counsel reasonable time to prepare.

                                    Respectfully submitted,

DATED: July 27, 2009            /s/ Gilbert A. Roque
                                        GILBERT A. ROQUE, Attorney for
                                        DANIEL RAMIREZ-JIMENEZ, Defendant

DATED: July 27, 2009            /s/ Carl E. Larson
                                        CARL E. LARSON, Attorney for
                                        OLIVERO CALIXTO-NAVARRO, Defendant

DATED: July 27, 2009                    /s/ Todd D. Leras
                                        TODD D. LERAS
                                        Assistant United States Attorney

**IT IS SO ORDERED.**

Dated: July 28, 2009

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE