GILBERT A. ROQUE
Attorney at Law
California State Bar Number 074966
913 Court Street
Woodland, California 95695
(530) 666-1935

Attorney for DANIEL RAMIREZ-JIMENEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                                          )<br>                         Plaintiff,        )<br>                                                          )<br>vs.                                                   )<br>                                                          )<br>DANIEL RAMIREZ-JIMENEZ and      )<br>OLIVERO CALIXTO-NAVARRO,        )<br>                                                          )<br>                         Defendants.     )<br>_____ ) | CR. NO. 2:08-CR-509-MCE<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |

    Defendant Daniel Ramírez-Jiménez, through his appointed counsel, Gilbert A. Roque, Defendant Olivero Calixto-Navarro, through his appointed counsel, Carl E. Larson, and the United States of America, through Assistant United States Attorney Todd D. Leras, agree that the Status Conference set for August 13, 2009, at 9:00 a.m., be continued to September 24, 2009, at 9:00 a.m., before the Honorable Morrison C. England, Jr.

    In addition, it is agreed that the Court should find excludable time through September 24, 2009, pursuant to Local Rule T-4, to allow defense counsel reasonable time to prepare.

                                                 Respectfully submitted,

DATED: August 10, 2009              /s/ Gilbert A. Roque
                                                  GILBERT A. ROQUE, Attorney for
                                                  DANIEL RAMIREZ-JIMENEZ, Defendant

DATED: August 10, 2009              /s/ Carl E. Larson
                                                    CARL E. LARSON, Attorney for
                                                  OLIVERO CALIXTO-NAVARRO, Defendant

1  DATED: August 10, 2009          /s/ Todd D. Leras
2                                   TODD D. LERAS
                                    Assistant United States Attorney
3
4
     **IT IS SO ORDERED.**
5
6  Dated: August 11, 2009
7
8                                   _____
                                    MORRISON C. ENGLAND, JR.
9                                   UNITED STATES DISTRICT JUDGE